## Herskovitz's Estate No. 2.

Argued April 1, 1923. Appeal, No. 137, April T., 1923, by Institute Mayer Bell Hanes, from order of O. C. Fayette County, Dec. T., 1922, No. 65, dismissing exceptions to the distribution account of Dr. Rose Hersko-

vitz, Executrix, in the matter of Estate of Dr. Adolph Herskovitz, deceased. Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

Exceptions to executrix's account. Before WORK, P. J.

OPINION BY TREXLER, J., July 12, 1923:

For the reasons set forth in opinion filed in the case of the Appeal of Jewish Consumptive Relief Society, No. 138, April Term, 1923, the decree of the orphans' court is affirmed, appellant to pay the costs.